452 A.2d 1107

Krawietz et al. v. Nationwide Mutual Fire Insurance, Appellant.

Petition for Allowance of Appeal Denied March 4, 1983.

Argued December 15, 1981. Joseph J. Musto, for appellant; Anthony J. Lupas, for appellees.

Before McEWEN, JOHNSON and WATKINS, JJ.

Order affirmed.